# Group Exhibit A

STATEMENT OF ACCOUNT

Remit To: MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

Phone: 262-524-1850

J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Page - 1
Date - 01/17/08
Account - 785482

Site - 83003 MIDWEST AGG

| | Invoice Number | Invoice Date | Invoice Amount | Payments Received | Adjust-ments | Outstanding Balance Due |
|---|---|---|---|---|---|---|
| AG | 822356 | 05/24/07 | 287.23 | 280.88- | .00 | 6.35 |
| AG | 825138 | 06/07/07 | 1,120.00 | .00 | .00 | 1,120.00 |
| AG | 836247 | 07/19/07 | 1,302.00 | .00 | .00 | 1,302.00 |
| AG | 836248 | 07/19/07 | 2,229.56 | .00 | .00 | 2,229.56 |
| AG | 836249 | 07/19/07 | 1,513.45 | .00 | .00 | 1,513.45 |
| AG | 836250 | 07/19/07 | 467.11 | .00 | .00 | 467.11 |
| AG | 838151 | 07/26/07 | 143.33 | .00 | .00 | 143.33 |
| AG | 838152 | 07/26/07 | 1,421.52 | .00 | .00 | 1,421.52 |
| AG | 838153 | 07/26/07 | 429.89 | .00 | .00 | 429.89 |
| AG | 838154 | 07/26/07 | 328.17 | .00 | .00 | 328.17 |
| AG | 838155 | 07/26/07 | 1,031.00 | .00 | .00 | 1,031.00 |
| AG | 838156 | 07/26/07 | 993.75 | .00 | .00 | 993.75 |
| AG | 838157 | 07/26/07 | 2,199.67 | .00 | .00 | 2,199.67 |
| AG | 838158 | 07/26/07 | 312.41 | .00 | .00 | 312.41 |
| AG | 838159 | 07/26/07 | 381.12 | .00 | .00 | 381.12 |
| AG | 838160 | 07/26/07 | 1,297.82 | .00 | .00 | 1,297.82 |
| AG | 840620 | 08/02/07 | 488.45 | .00 | .00 | 488.45 |
| AG | 840621 | 08/02/07 | 180.04 | .00 | .00 | 180.04 |
| AG | 840622 | 08/02/07 | 1,342.04 | .00 | .00 | 1,342.04 |
| AG | 840623 | 08/02/07 | 270.98 | .00 | .00 | 270.98 |
| AG | 840624 | 08/02/07 | 1,217.58 | .00 | .00 | 1,217.58 |
| AG | 840625 | 08/02/07 | 245.20 | .00 | .00 | 245.20 |
| AG | 840626 | 08/02/07 | 284.15 | .00 | .00 | 284.15 |
| AG | 840627 | 08/02/07 | 2,924.68 | .00 | .00 | 2,924.68 |
| AG | 840628 | 08/02/07 | 387.80 | .00 | .00 | 387.80 |
| AG | 841952 | 08/09/07 | 590.54 | .00 | .00 | 590.54 |
| AG | 841953 | 08/09/07 | 181.00 | .00 | .00 | 181.00 |
| AG | 841954 | 08/09/07 | 2,507.26 | 1,172.84- | .00 | 1,334.42 |
| AG | 841957 | 08/09/07 | 2,347.46 | .00 | .00 | 2,347.46 |
| AG | 841958 | 08/09/07 | 265.26 | .00 | .00 | 265.26 |
| AG | 843429 | 08/16/07 | 541.52 | .00 | .00 | 541.52 |
| AG | 843430 | 08/16/07 | 322.73 | .00 | .00 | 322.73 |
| AG | 843431 | 08/16/07 | 338.66 | .00 | .00 | 338.66 |

S T A T E M E N T O F A C C O U N T

Remit To: MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

Phone: 262-524-1850

J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Page - 2
Date - 01/17/08
Account - 785482

Site - 83003 MIDWEST AGG

| | Invoice Number | Invoice Date | Invoice Amount | Payments Received | Adjust-ments | Outstanding Balance Due |
|---|---|---|---|---|---|---|
| AG | 843433 | 08/16/07 | 207.02 | .00 | .00 | 207.02 |
| AG | 843434 | 08/16/07 | 491.10 | .00 | .00 | 491.10 |
| AG | 843436 | 08/16/07 | 532.72 | .00 | .00 | 532.72 |
| AG | 845393 | 08/23/07 | 156.16 | .00 | .00 | 156.16 |
| AG | 845394 | 08/23/07 | 384.28 | .00 | .00 | 384.28 |
| AG | 845395 | 08/23/07 | 606.06 | .00 | .00 | 606.06 |
| AG | 845397 | 08/23/07 | 316.34 | .00 | .00 | 316.34 |
| AG | 845398 | 08/23/07 | 791.05 | 544.60- | .00 | 246.45 |
| AG | 845399 | 08/23/07 | 298.99 | .00 | .00 | 298.99 |
| AG | 845400 | 08/23/07 | 136.92 | .00 | .00 | 136.92 |
| AG | 845401 | 08/23/07 | 166.63 | .00 | .00 | 166.63 |
| AG | 846050 | 08/23/07 | 181.00- | .00 | .00 | 181.00- |
| AG | 846052 | 08/23/07 | 256.91 | .00 | .00 | 256.91 |
| AG | 847536 | 08/30/07 | 162.27 | .00 | .00 | 162.27 |
| AG | 847537 | 08/30/07 | 4,580.61 | .00 | .00 | 4,580.61 |
| AG | 847538 | 08/30/07 | 1,644.77 | .00 | .00 | 1,644.77 |
| AG | 847539 | 08/30/07 | 336.58 | .00 | .00 | 336.58 |
| AG | 847540 | 08/30/07 | 359.72 | .00 | .00 | 359.72 |
| AG | 848686 | 09/06/07 | 486.48 | .00 | .00 | 486.48 |
| AG | 848687 | 09/06/07 | 173.99 | .00 | .00 | 173.99 |
| AG | 848688 | 09/06/07 | 639.66 | .00 | .00 | 639.66 |
| AG | 848690 | 09/06/07 | 309.44 | .00 | .00 | 309.44 |
| AG | 848691 | 09/06/07 | 745.87 | .00 | .00 | 745.87 |
| AG | 848692 | 09/06/07 | 159.55 | .00 | .00 | 159.55 |
| AG | 848694 | 09/06/07 | 354.92 | .00 | .00 | 354.92 |
| AG | 848695 | 09/06/07 | 367.74 | .00 | .00 | 367.74 |
| AG | 850153 | 09/13/07 | 494.24 | .00 | .00 | 494.24 |
| AG | 850154 | 09/13/07 | 1,581.46 | 819.93- | .00 | 761.53 |
| AG | 850155 | 09/13/07 | 1,466.71 | .00 | .00 | 1,466.71 |
| AG | 850157 | 09/13/07 | 291.73 | .00 | .00 | 291.73 |
| AG | 852480 | 09/20/07 | 659.15 | .00 | .00 | 659.15 |
| AG | 852481 | 09/20/07 | 783.47 | .00 | .00 | 783.47 |
| AG | 852482 | 09/20/07 | 169.37 | .00 | .00 | 169.37 |

S T A T E M E N T   O F   A C C O U N T

Remit To: MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

Phone: 262-524-1850

J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Page - 3
Date - 01/17/08
Account - 785482

Site - 83003 MIDWEST AGG

| Invoice Number | | Invoice Date | Invoice Amount | Payments Received | Adjust-ments | Outstanding Balance Due |
|---|---|---|---|---|---|---|
| AG | 852484 | 09/20/07 | 487.97 | .00 | .00 | 487.97 |
| AG | 852485 | 09/20/07 | 255.88 | .00 | .00 | 255.88 |
| AG | 852486 | 09/20/07 | 677.45 | .00 | .00 | 677.45 |
| AG | 854248 | 09/27/07 | 508.15 | .00 | .00 | 508.15 |
| AG | 854249 | 09/27/07 | 1,664.69 | .00 | .00 | 1,664.69 |
| AG | 854250 | 09/27/07 | 156.82 | .00 | .00 | 156.82 |
| | | TOTAL CURRENT BALANCE DUE | | | | 50,757.00 |

**ACCOUNT AGING**

| Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| .00 | .00 | .00 | 5,362.95 | 45,394.05 | 50,757.00 |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 05/24/07
Invoice No: 822356
Due Date: 06/23/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3962609 SE MAT 147 N GREENWOOD PALATINE | | | Your PO: | | | |
| 05/19/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0007591 | 14.95 | TN | 18.6796 | 279.26 |
| Subtotal PO #: | | | 14.95 | * | | 279.26 * |

Balance Due of $6.35

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 14.95 | 279.26 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 279.26 |
| Tax: | State | 7.97 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 7.97 |
| TOTAL DUE: | | 287.23 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 06/07/07
Invoice No: 825138
Due Date: 07/07/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID: ..

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3957309 | SE HOURLY HAULING | Your PO: | | | |
| 05/30/07 | 599 | FREIGHT CHARGE<br>83003 2303 0008768F | 720.00 | EA | 1.0000 | 720.00 |
| 06/01/07 | 599 | FREIGHT CHARGE<br>83003 2303 0009127 | 400.00 | EA | 1.0000 | 400.00 |
| Subtotal PO #: | | | 1120.00 | * | | 1,120.00 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 599 | 1120.00 | 1,120.00 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,120.00 |
| Tax: | State | .00 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | .00 |
| TOTAL DUE: | | 1,120.00 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson:
Tax Exempt ID:

Invoice Date: 07/19/07
Invoice No: 836247
Due Date: 08/18/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3932309 | SE MAT TO CLUBLANDS SUB. | Your PO: CLUBLANDS | | | |
| 07/13/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0013569 | 22.16 | TN | 10.8500 | 240.44 |
| | | 83003 2303 0013588 | 22.51 | TN | 10.8500 | 244.23 |
| 07/13/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0013498 | 22.89 | TN | 8.5500 | 195.71 |
| | | 83003 2303 0013518 | 22.32 | TN | 8.5500 | 190.84 |
| | | 83003 2303 0013538 | 21.33 | TN | 8.5500 | 182.37 |
| | | 83003 2303 0013552 | 22.97 | TN | 8.5500 | 196.39 |
| Subtotal PO #: CLUBLANDS | | | 134.18 | * | | 1,249.98 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 44.67 | 484.67 |
| 316 | 89.51 | 765.31 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,249.98 |
| Tax: | State | 52.02 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 52.02 |
| TOTAL DUE: | | 1,302.00 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/19/07
Invoice No: 836248
Due Date: 08/18/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3933009 | SE MAT CHURCH HILL HUNT | Your PO: CHURCHILL HUNT | | | |
| 07/10/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0013030 | 23.68 | TN | 12.0400 | 285.11 |
| 07/10/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0012984 | 24.25 | TN | 9.7400 | 236.20 |
| | | 83003 2303 0012995 | 23.67 | TN | 9.7400 | 230.55 |
| | | 83003 2303 0013010 | 23.74 | TN | 9.7400 | 231.23 |
| | | 83003 2303 0013054 | 23.58 | TN | 9.7400 | 229.67 |
| | | 83003 2303 0012986 | 20.94 | TN | 9.7400 | 203.96 |
| | | 83003 2303 0012987 | 21.61 | TN | 9.7400 | 210.48 |
| 07/11/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0013229 | 21.85 | TN | 12.2900 | 268.54 |
| | | 83003 2303 0013258 | 20.69 | TN | 12.2900 | 254.28 |
| Subtotal PO #: CHURCHILL HUNT | | | 204.01 | * | | 2,150.02 * |

| PRODUCT TOTALS | | | AMOUNT TOTALS | |
|---|---|---|---|---|
| Product | Quantity | Amount | Total Products | 2,150.02 |
| 276 | 23.68 | 285.11 | Tax: State | 79.54 |
| 316 | 137.79 | 1,342.09 | County | .00 |
| 132 | 42.54 | 522.82 | Local | .00 |
| | | | Total Tax | 79.54 |
| | | | TOTAL DUE: | 2,229.56 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/19/07
Customer No: 785482
Invoice No: 836249
Salesperson:
Due Date: 08/18/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3944709 | SE MAT MEADOWS OF WEST BAY PH 1 Your PO: MEADOWS WEST BAY | | | | |
| 07/09/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0012918 | 21.71 | TN | 12.2900 | 266.82 |
| | | 83003 2303 0012919 | 21.43 | TN | 12.2900 | 263.37 |
| | | 83003 2303 0012927 | 21.23 | TN | 12.2900 | 260.92 |
| | | 83003 2303 0012960 | 21.03 | TN | 12.2900 | 258.46 |
| 07/10/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0013109 | 20.90 | TN | 9.7400 | 203.57 |
| | | 83003 2303 0013125 | 20.86 | TN | 9.7400 | 203.18 |
| Subtotal PO #: MEADOWS WEST BAY | | | 127.16 | * | | 1,456.32 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 85.40 | 1,049.57 |
| 316 | 41.76 | 406.75 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,456.32 |
| Tax: | State | 57.13 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 57.13 |
| TOTAL DUE: | | 1,513.45 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/19/07
Invoice No: 836250
Due Date: 08/18/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3949709 SE FOB HAWTHORNE WOODS C.C. | | | Your PO: HAWTHORNE C.C. | | | |
| 07/09/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0012966 | 20.91 | TN | 7.5000 | 156.83 |
| | | 83003 2303 0012973 | 20.81 | TN | 7.5000 | 156.08 |
| 07/09/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0012978 | 20.11 | TN | 6.2500 | 125.69 |
| Subtotal PO #: HAWTHORNE C.C. | | | 61.83 | * | | 438.60 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 281 | 41.72 | 312.91 |
| 316 | 20.11 | 125.69 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 438.60 |
| Tax: | State | 28.51 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 28.51 |
| TOTAL DUE: | | 467.11 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Invoice No: 838151
Due Date: 08/25/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3922809 SE FOB CHURCHILL HUNT | | | Your PO: CHURCHILL HUNT | | | |
| 07/20/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0014451 | 15.38 | TN | 8.7500 | 134.58 |
| Subtotal PO #: CHURCHILL HUNT | | | 15.38 | * | | 134.58 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 281 | 15.38 | 134.58 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 134.58 |
| Tax: | State | 8.75 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 8.75 |
| TOTAL DUE: | | 143.33 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Invoice No: 838152
Due Date: 08/25/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3924609 | SE MAT HOLLIDAY PARK | Your PO: HOLIDAY PARK | | | |
| 07/19/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014232 | 22.56 | TN | 9.9100 | 223.57 |
| | | 83003 2303 0014238 | 23.61 | TN | 9.9100 | 233.98 |
| | | 83003 2303 0014251 | 22.56 | TN | 9.9100 | 223.57 |
| | | 83003 2303 0014272 | 22.94 | TN | 9.9100 | 227.34 |
| | | 83003 2303 0014289 | 23.01 | TN | 9.9100 | 228.03 |
| | | 83003 2303 0014314 | 23.33 | TN | 9.9100 | 231.20 |
| Subtotal PO #: HOLIDAY PARK | | | 138.01 | * | | 1,367.69 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 138.01 | 1,367.69 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,367.69 |
| Tax: | State | 53.83 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 53.83 |
| TOTAL DUE: | | 1,421.52 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Invoice No: 838153
Due Date: 08/25/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3924809 | SE FOB NEWMAN HOMES ANTIOCH | Your PO: NEWMAN | | | | |
| 07/16/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0013736 | 19.10 | TN | 7.7500 | 148.03 | |
| | | 83003 2303 0013743 | 20.02 | TN | 7.7500 | 155.16 | |
| 07/19/07 | 316 | Pea Gravel--020CM16 | | | | | |
| | | 83003 2303 0014264 | 19.32 | TN | 5.2000 | 100.46 | |
| Subtotal PO #: NEWMAN | | | 58.44 | * | | 403.65 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 39.12 | 303.19 |
| 316 | 19.32 | 100.46 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 403.65 |
| Tax: | State | 26.24 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 26.24 |
| TOTAL DUE: | | 429.89 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Customer No: 785482
Invoice No: 838154
Salesperson:
Due Date: 08/25/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3926709 | SE FOB MORTON GROVE | Your PO: MORTON GROVE | | | | |
| 07/17/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0013898 | 18.89 | TN | 7.7500 | 146.40 | |
| | | 83003 2303 0013979 | 20.87 | TN | 7.7500 | 161.74 | |
| Subtotal PO #: MORTON GROVE | | | 39.76 | * | | 308.14 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 39.76 | 308.14 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 308.14 |
| Tax: | State | 20.03 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 20.03 |
| TOTAL DUE: | | 328.17 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Customer No: 785482
Invoice No: 838155
Salesperson:
Due Date: 08/25/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3927209 | SE FOB MAT CLUBLANDS | Your PO: CLUBLANDS | | | |
| 07/16/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0013800 | 19.04 | TN | 7.5000 | 142.80 |
| | | 83003 2303 0013878 | 18.88 | TN | 7.5000 | 141.60 |
| 07/17/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0014014 | 18.65 | TN | 7.5000 | 139.88 |
| | | 83003 2303 0014033 | 19.65 | TN | 7.5000 | 147.38 |
| 07/19/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0014296 | 20.24 | TN | 7.5000 | 151.80 |
| 07/19/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014278 | 19.22 | TN | 5.2000 | 99.94 |
| 07/20/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0014429 | 19.29 | TN | 7.5000 | 144.68 |
| Subtotal PO #: CLUBLANDS | | | 134.97 | * | | 968.08 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 281 | 115.75 | 868.14 |
| 316 | 19.22 | 99.94 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 968.08 |
| Tax: | State | 62.92 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 62.92 |
| TOTAL DUE: | | 1,031.00 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson:
Tax Exempt ID:

Invoice Date: 07/26/07
Invoice No: 838156
Due Date: 08/25/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3928309 | SE MAT NEWHAVEN / NEWMAN HOMES | Your PO: NEWHAVEN | | | |
| 07/16/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0013759 | 22.38 | TN | 11.1000 | 248.42 |
| | | 83003 2303 0013777 | 22.02 | TN | 11.1000 | 244.42 |
| 07/18/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0014204 | 21.26 | TN | 10.8500 | 230.67 |
| | | 83003 2303 0014225 | 20.95 | TN | 10.8500 | 227.31 |
| Subtotal PO #: NEWHAVEN | | | 86.61 | * | | 950.82 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 44.40 | 492.84 |
| 276 | 42.21 | 457.98 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 950.82 |
| Tax: | State | 42.93 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 42.93 |
| TOTAL DUE: | | 993.75 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Invoice No: 838157
Due Date: 08/25/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3933009 | SE MAT CHURCH HILL HUNT | Your PO: CHURCHILL HUNT | | | |
| 07/17/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0013913 | 22.78 | TN | 9.7400 | 221.88 |
| | | 83003 2303 0013943 | 22.71 | TN | 9.7400 | 221.20 |
| | | 83003 2303 0014006 | 22.91 | TN | 9.7400 | 223.14 |
| 07/18/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0014113 | 23.63 | TN | 12.0400 | 284.51 |
| 07/18/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014059 | 24.51 | TN | 9.7400 | 238.73 |
| | | 83003 2303 0014060 | 23.85 | TN | 9.7400 | 232.30 |
| | | 83003 2303 0014088 | 24.46 | TN | 9.7400 | 238.24 |
| | | 83003 2303 0014089 | 23.89 | TN | 9.7400 | 232.69 |
| | | 83003 2303 0014112 | 23.78 | TN | 9.7400 | 231.62 |
| Subtotal PO #: CHURCHILL HUNT | | | 212.52 | * | | 2,124.31 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 188.89 | 1,839.80 |
| 276 | 23.63 | 284.51 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 2,124.31 |
| Tax: | State | 75.36 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 75.36 |
| TOTAL DUE: | | 2,199.67 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Invoice No: 838158
Due Date: 08/25/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3939309 | SE FOB NEWMAN WONDER LAKE | Your PO: | | | |
| 07/18/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0014213 | 18.38 | TN | 7.7500 | 142.45 |
| 07/19/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0014239 | 19.47 | TN | 7.7500 | 150.89 |
| Subtotal PO #: | | | 37.85 | * | | 293.34 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 37.85 | 293.34 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 293.34 |
| Tax: | State | 19.07 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 19.07 |
| TOTAL DUE: | | 312.41 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Invoice No: 838159
Due Date: 08/25/07

Customer No: 785482
Salesperson: DXD
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3947709 SE MAT YORKSHIRE WOODS 59 W OF SH Your PO: YORKSHIRE WOODS | | | | | | |
| 07/21/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0014594 | 23.17 | TN | 15.8800 | 367.94 |
| Subtotal PO #: YORKSHIRE WOODS | | | 23.17 | * | | 367.94 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 23.17 | 367.94 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 367.94 |
| Tax: | State | 13.18 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 13.18 |
| TOTAL DUE: | | 381.12 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 07/26/07
Invoice No: 838160
Due Date: 08/25/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3949709 | SE FOB HAWTHORNE WOODS C.C. | Your PO: HAWTHORNE C.C. | | | |
| 07/16/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0013761 | 21.38 | TN | 8.2000 | 175.32 |
| 07/16/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0013817 | 19.77 | TN | 7.5000 | 148.28 |
| | | 83003 2303 0013845 | 19.80 | TN | 7.5000 | 148.50 |
| 07/17/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014051 | 20.39 | TN | 6.2500 | 127.44 |
| 07/18/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014099 | 20.05 | TN | 6.2500 | 125.31 |
| | | 83003 2303 0014138 | 19.84 | TN | 6.2500 | 124.00 |
| | | 83003 2303 0014166 | 19.69 | TN | 6.2500 | 123.06 |
| 07/19/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014373 | 19.64 | TN | 6.2500 | 122.75 |
| 07/21/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014598 | 19.83 | TN | 6.2500 | 123.94 |
| Subtotal PO #: HAWTHORNE C.C. | | | 180.39 | * | | 1,218.60 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 21.38 | 175.32 |
| 281 | 39.57 | 296.78 |
| 316 | 119.44 | 746.50 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,218.60 |
| Tax: | State | 79.22 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 79.22 |
| TOTAL DUE: | | 1,297.82 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/02/07
Invoice No: 840620
Due Date: 09/01/07

Customer No: 785482
Salesperson: DXD
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3922309 | SE FOB ESTATES OF INVERNESS | Your PO: INVERNESS | | | |
| 07/25/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0015011 | 19.56 | TN | 5.2000 | 101.71 |
| | | 83003 2303 0015084 | 20.05 | TN | 5.2000 | 104.26 |
| | | 83003 2303 0015123 | 20.45 | TN | 5.2000 | 106.34 |
| 07/27/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0015289 | 19.51 | TN | 7.5000 | 146.33 |
| Subtotal PO #: INVERNESS | | | 79.57 | * | | 458.64 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 60.06 | 312.31 |
| 281 | 19.51 | 146.33 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 458.64 |
| Tax: | State | 29.81 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 29.81 |
| TOTAL DUE: | | 488.45 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/02/07
Invoice No: 840621
Due Date: 09/01/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3922809 SE FOB CHURCHILL HUNT | | | Your PO: CHURCHILL HUNT | | | |
| 07/25/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0015002 | 19.32 | TN | 8.7500 | 169.05 |
| Subtotal PO #: CHURCHILL HUNT | | | 19.32 | * | | 169.05 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 281 | 19.32 | 169.05 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 169.05 |
| Tax: | State | 10.99 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 10.99 |
| TOTAL DUE: | | 180.04 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

Invoice Date: 08/02/07
Invoice No: 840622
Due Date: 09/01/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3924609 | SE MAT HOLLIDAY PARK | Your PO: HOLIDAY PARK | | | |
| 07/27/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0015280 | 20.90 | TN | 11.6600 | 243.69 |
| | | 83003 2303 0015279 | 22.66 | TN | 11.6600 | 264.22 |
| 07/27/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0015247 | 21.22 | TN | 9.9100 | 210.29 |
| | | 83003 2303 0015259 | 21.29 | TN | 9.9100 | 210.98 |
| | | 83003 2303 0015271 | 22.17 | TN | 9.9100 | 219.70 |
| 07/27/07 | 361 | FA6 Tbf--016FA06 | | | | |
| | | 83003 2303 0015263 | 22.21 | TN | 6.4100 | 142.37 |
| Subtotal PO #: HOLIDAY PARK | | | 130.45 | * | | 1,291.25 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 43.56 | 507.91 |
| 316 | 64.68 | 640.97 |
| 361 | 22.21 | 142.37 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,291.25 |
| Tax: | State | 50.79 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 50.79 |
| TOTAL DUE: | | 1,342.04 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson:
Tax Exempt ID:

Invoice Date: 08/02/07
Invoice No: 840623
Due Date: 09/01/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3924809 | SE FOB NEWMAN HOMES ANTIOCH | Your PO: NEWMAN | | | |
| 07/23/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0014638 | 20.42 | TN | 7.5000 | 153.15 |
| 07/24/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014845 | 19.48 | TN | 5.2000 | 101.30 |
| Subtotal PO #: NEWMAN | | | 39.90 | * | | 254.45 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 281 | 20.42 | 153.15 |
| 316 | 19.48 | 101.30 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 254.45 |
| Tax: | State | 16.53 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 16.53 |
| TOTAL DUE: | | 270.98 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/02/07
Invoice No: 840624
Due Date: 09/01/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3927209 | SE FOB MAT CLUBLANDS | Your PO: CLUBLANDS | | | |
| 07/23/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0014643 | 19.05 | TN | 7.5000 | 142.88 |
| | | 83003 2303 0014685 | 19.19 | TN | 7.5000 | 143.93 |
| 07/23/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0014653 | 19.69 | TN | 5.2000 | 102.39 |
| | | 83003 2303 0014677 | 19.10 | TN | 5.2000 | 99.32 |
| | | 83003 2303 0014698 | 19.65 | TN | 5.2000 | 102.18 |
| | | 83003 2303 0014722 | 18.81 | TN | 5.2000 | 97.81 |
| 07/25/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0015047 | 19.83 | TN | 7.5000 | 148.73 |
| | | 83003 2303 0015062 | 20.37 | TN | 7.5000 | 152.78 |
| | | 83003 2303 0015080 | 20.43 | TN | 7.5000 | 153.23 |
| Subtotal PO #: CLUBLANDS | | | 176.12 | * | | 1,143.25 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 281 | 98.87 | 741.55 |
| 316 | 77.25 | 401.70 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,143.25 |
| Tax: | State | 74.33 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 74.33 |
| TOTAL DUE: | | 1,217.58 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson:
Tax Exempt ID:

Invoice Date: 08/02/07
Invoice No: 840625
Due Date: 09/01/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3928709 | SE MAT COVENTRY CREEK | Your PO: COVENTRY CREEK | | | | |
| 07/23/07 | 316 | Pea Gravel--020CM16 | | | | | |
| | | 83003 2303 0014649 | 21.27 | TN | 11.1900 | 238.01 | |
| Subtotal PO #: COVENTRY CREEK | | | 21.27 | * | | 238.01 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 21.27 | 238.01 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 238.01 |
| Tax: | State | 7.19 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 7.19 |
| TOTAL DUE: | | 245.20 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/02/07
Invoice No: 840626
Due Date: 09/01/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3944709 SE MAT MEADOWS OF WEST BAY PH 1 Your PO: MEADOWS WEST BAY | | | | | | |
| 07/24/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0014841 | 22.21 | TN | 12.2900 | 272.96 |
| Subtotal PO #: MEADOWS WEST BAY | | | 22.21 | * | | 272.96 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 22.21 | 272.96 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 272.96 |
| Tax: | State | 11.19 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 11.19 |
| TOTAL DUE: | | 284.15 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/02/07
Invoice No: 840627
Due Date: 09/01/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3948209 SE MAT TIMBER GLENN GLENVIEW Your PO: TIMBER GLEN | | | | | | |
| 07/27/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0015251 | 23.84 | TN | 17.0000 | 405.28 |
| | | 83003 2303 0015253 | 23.21 | TN | 17.0000 | 394.57 |
| 07/27/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0015220 | 23.05 | TN | 14.5000 | 334.23 |
| | | 83003 2303 0015216 | 23.18 | TN | 14.5000 | 336.11 |
| | | 83003 2303 0015217 | 23.97 | TN | 14.5000 | 347.57 |
| | | 83003 2303 0015249 | 23.97 | TN | 14.5000 | 347.57 |
| | | 83003 2303 0015250 | 23.16 | TN | 14.5000 | 335.82 |
| | | 83003 2303 0015219 | 23.42 | TN | 14.5000 | 339.59 |
| Subtotal PO #: TIMBER GLEN | | | 187.80 | * | | 2,840.74 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 47.05 | 799.85 |
| 316 | 140.75 | 2,040.89 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 2,840.74 |
| Tax: | State | 83.94 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 83.94 |
| TOTAL DUE: | | 2,924.68 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/02/07
Invoice No: 840628
Due Date: 09/01/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3949709 | SE FOB HAWTHORNE WOODS C.C. | Your PO: HAWTHORNE C.C. | | | | |
| 07/23/07 | 316 | Pea Gravel--020CM16 | | | | | |
| | | 83003 2303 0014745 | 18.84 | TN | 6.2500 | 117.75 | |
| 07/24/07 | 316 | Pea Gravel--020CM16 | | | | | |
| | | 83003 2303 0014864 | 19.36 | TN | 6.2500 | 121.00 | |
| | | 83003 2303 0014982 | 20.06 | TN | 6.2500 | 125.38 | |
| Subtotal PO #: HAWTHORNE C.C. | | | 58.26 | * | | 364.13 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 58.26 | 364.13 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 364.13 |
| Tax: | State | 23.67 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 23.67 |
| TOTAL DUE: | | 387.80 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/09/07
Invoice No: 841952
Due Date: 09/08/07

Customer No: 785482
Salesperson: DXD
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3922309 | SE FOB ESTATES OF INVERNESS | Your PO: INVERNESS | | | |
| 07/30/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0015313 | 20.40 | TN | 7.5000 | 153.00 |
| 08/03/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0015981 | 19.48 | TN | 5.2000 | 101.30 |
| | | 83003 2303 0016029 | 19.18 | TN | 5.2000 | 99.74 |
| | | 83003 2303 0016065 | 18.99 | TN | 5.2000 | 98.75 |
| | | 83003 2303 0016109 | 19.56 | TN | 5.2000 | 101.71 |
| Subtotal PO #: INVERNESS | | | 97.61 | * | | 554.50 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 281 | 20.40 | 153.00 |
| 316 | 77.21 | 401.50 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 554.50 |
| Tax: | State | 36.04 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 36.04 |
| TOTAL DUE: | | 590.54 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/09/07
Invoice No: 841953
Due Date: 09/08/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3927209 SE FOB MAT CLUBLANDS | | | Your PO: CLUBLANDS | | | |
| 08/03/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0016079 | 22.66 | TN | 7.5000 | 169.95 |
| Subtotal PO #: CLUBLANDS | | | 22.66 | * | | 169.95 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 22.66 | 169.95 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 169.95 |
| Tax: | State | 11.05 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 11.05 |
| TOTAL DUE: | | 181.00 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/09/07
Invoice No: 841954
Due Date: 09/08/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3928309 | SE MAT NEWHAVEN / NEWMAN HOMES | Your PO: NEWHAVEN | | | |
| 07/31/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0015581 | 24.18 | TN | 10.8500 | 262.35 |
| | | 83003 2303 0015574 | 23.12 | TN | 10.8500 | 250.85 |
| 08/01/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0015799 | 24.39 | TN | 11.1000 | 270.73 |
| | | 83003 2303 0015805 | 26.09 | TN | 11.1000 | 289.60 |
| | | 83003 2303 0015793 | 22.38 | TN | 11.1000 | 248.42 |
| | | 83003 2303 0015797 | 19.74 | TN | 11.1000 | 219.11 |
| | | 83003 2303 0015798 | 22.40 | TN | 11.1000 | 248.64 |
| 08/02/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0015859 | 22.17 | TN | 11.1000 | 246.09 |
| 08/03/07 | 741 | #3 Stone | | | | |
| | | 19682-07 | 22.06 | TN | 16.3500 | 360.68 |
| Subtotal PO #: NEWHAVEN | | | 206.53 | * | | 2,396.47 * |

$1,334.42 Balance Due

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 47.30 | 513.20 |
| 132 | 137.17 | 1,522.59 |
| 741 | 22.06 | 360.68 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 2,396.47 |
| Tax: | State | 110.79 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 110.79 |
| TOTAL DUE: | | 2,507.26 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/09/07
Invoice No: 841957
Due Date: 09/08/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3934209 | SE MAT CAMBRIDGE KNOLL L.VILLE Your PO: CAMBRIDGE KNOLL | | | | |
| 08/02/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0015821 | 23.34 | TN | 12.7900 | 298.52 |
| | | 83003 2303 0015822 | 22.91 | TN | 12.7900 | 293.02 |
| | | 83003 2303 0015827 | 21.12 | TN | 12.7900 | 270.12 |
| | | 83003 2303 0015828 | 21.28 | TN | 12.7900 | 272.17 |
| | | 83003 2303 0015829 | 22.10 | TN | 12.7900 | 282.66 |
| | | 83003 2303 0015830 | 21.66 | TN | 12.7900 | 277.03 |
| | | 83003 2303 0015825 | 21.73 | TN | 12.7900 | 277.93 |
| | | 83003 2303 0015826 | 22.66 | TN | 12.7900 | 289.82 |
| Subtotal PO #: CAMBRIDGE KNOLL | | | 176.80 | * | | 2,261.27 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 176.80 | 2,261.27 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 2,261.27 |
| Tax: | State | 86.19 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 86.19 |
| TOTAL DUE: | | 2,347.46 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/09/07
Invoice No: 841958
Due Date: 09/08/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3949709 | SE FOB HAWTHORNE WOODS C.C. | Your PO: HAWTHORNE C.C. | | | | |
| 07/30/07 | 316 | Pea Gravel--020CM16 | | | | | |
| | | 83003 2303 0015348 | 20.66 | TN | 6.2500 | 129.13 | |
| | | 83003 2303 0015376 | 19.19 | TN | 6.2500 | 119.94 | |
| Subtotal PO #: HAWTHORNE C.C. | | | 39.85 | * | | 249.07 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 39.85 | 249.07 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 249.07 |
| Tax: | State | 16.19 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 16.19 |
| TOTAL DUE: | | 265.26 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson: DXD
Tax Exempt ID:

Invoice Date: 08/16/07
Invoice No: 843429
Due Date: 09/15/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3922309 | SE FOB ESTATES OF INVERNESS | Your PO: INVERNESS | | | | |
| 08/06/07 | 281 | #8 Stone | | | | | |
| | | 83003 2303 0016208 | 20.59 | TN | 7.5000 | 154.43 | |
| | | 83003 2303 0016232 | 19.43 | TN | 7.5000 | 145.73 | |
| 08/08/07 | 316 | Pea Gravel--020CM16 | | | | | |
| | | 83003 2303 0016461 | 20.21 | TN | 5.2000 | 105.09 | |
| | | 83003 2303 0016529 | 19.85 | TN | 5.2000 | 103.22 | |
| Subtotal PO #: INVERNESS | | | 80.08 | * | | 508.47 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 281 | 40.02 | 300.16 |
| 316 | 40.06 | 208.31 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 508.47 |
| Tax: | State | 33.05 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 33.05 |
| TOTAL DUE: | | 541.52 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson:
Tax Exempt ID:

Invoice Date: 08/16/07
Invoice No: 843430
Due Date: 09/15/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3922809 | SE FOB CHURCHILL HUNT | Your PO: CHURCHILL HUNT | | | |
| 08/10/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0016839 | 20.34 | TN | 7.7500 | 157.64 |
| | | 83003 2303 0016885 | 18.76 | TN | 7.7500 | 145.39 |
| Subtotal PO #: CHURCHILL HUNT | | | 39.10 | * | | 303.03 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 39.10 | 303.03 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 303.03 |
| Tax: | State | 19.70 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 19.70 |
| TOTAL DUE: | | 322.73 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/16/07
Invoice No: 843431
Due Date: 09/15/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3927209 | | SE FOB MAT CLUBLANDS | Your PO: CLUBLANDS | | | |
| 08/06/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0016320 | 20.30 | TN | 7.7500 | 157.33 |
| | | 83003 2303 0016342 | 20.73 | TN | 7.7500 | 160.66 |
| Subtotal PO #: CLUBLANDS | | | 41.03 | * | | 317.99 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 41.03 | 317.99 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 317.99 |
| Tax: | State | 20.67 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 20.67 |
| TOTAL DUE: | | 338.66 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/16/07
Invoice No: 843433
Due Date: 09/15/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3934109 SE MAT PALATINE COMMONS | | | Your PO: PALATINE COMMOMS | | | |
| 08/06/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0016355 | 13.90 | TN | 14.3900 | 200.02 |
| Subtotal PO #: PALATINE COMMOMS | | | 13.90 | * | | 200.02 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 13.90 | 200.02 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 200.02 |
| Tax: | State | 7.00 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 7.00 |
| TOTAL DUE: | | 207.02 *** |