Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/16/07
Invoice No: 843434
Due Date: 09/15/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: 3944709 SE MAT MEADOWS OF WEST BAY PH 1 Your PO: MEADOWS WEST BAY | | | | | | | |
| 08/07/07 | 316 | Pea Gravel--020CM16 | | | | | |
| | | 83003 2303 0016356 | 23.53 | TN | 9.7400 | 229.18 | |
| | | 83003 2303 0016357 | 25.20 | TN | 9.7400 | 245.45 | |
| Subtotal PO #: MEADOWS WEST BAY | | | 48.73 | * | | 474.63 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 48.73 | 474.63 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 474.63 |
| Tax: | State | 16.47 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 16.47 |
| TOTAL DUE: | | 491.10 *** |



08 C 511

JUDGE NORDBERG
MAGISTRATE JUDGE DENLOW

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/16/07
Customer No: 785482
Invoice No: 843436
Salesperson:
Due Date: 09/15/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3973709 SE FOB YORKSHIRE WOODS HOFFMAN ES Your PO: | | | | | | |
| 08/09/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0016641 | 19.76 | TN | 6.2500 | 123.50 |
| | | 83003 2303 0016684 | 20.10 | TN | 6.2500 | 125.63 |
| | | 83003 2303 0016731 | 20.30 | TN | 6.2500 | 126.88 |
| 08/10/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0016783 | 19.87 | TN | 6.2500 | 124.19 |
| Subtotal PO #: | | | 80.03 | * | | 500.20 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 80.03 | 500.20 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 500.20 |
| Tax: | State | 32.52 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 32.52 |
| TOTAL DUE: | | 532.72 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Invoice No: 845393
Due Date: 09/22/07

Customer No: 785482
Salesperson: DXD
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: 3922309 SE FOB ESTATES OF INVERNESS | | | Your PO: INVERNESS | | | | |
| 08/15/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0017283 | 18.92 | TN | 7.7500 | 146.63 | |
| Subtotal PO #: INVERNESS | | | 18.92 | * | | 146.63 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 18.92 | 146.63 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 146.63 |
| Tax: | State | 9.53 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 9.53 |
| TOTAL DUE: | | 156.16 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Customer No: 785482
Invoice No: 845394
Salesperson:
Due Date: 09/22/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3924809 | SE FOB NEWMAN HOMES ANTIOCH Your PO: NEWMAN | | | | |
| 08/13/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0017042 | 19.74 | TN | 7.7500 | 152.99 |
| 08/15/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0017315 | 20.27 | TN | 5.2000 | 105.40 |
| 08/16/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0017323 | 19.70 | TN | 5.2000 | 102.44 |
| Subtotal PO #: NEWMAN | | | 59.71 | * | | 360.83 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 19.74 | 152.99 |
| 316 | 39.97 | 207.84 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 360.83 |
| Tax: | State | 23.45 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 23.45 |
| TOTAL DUE: | | 384.28 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Invoice No: 845395
Due Date: 09/22/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3927209 | SE FOB MAT CLUBLANDS | Your PO: CLUBLANDS | | | |
| 08/13/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0017005 | 18.96 | TN | 7.7500 | 146.94 |
| 08/16/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0017370 | 20.28 | TN | 5.2000 | 105.46 |
| | | 83003 2303 0017379 | 20.01 | TN | 5.2000 | 104.05 |
| 08/17/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0017445 | 20.13 | TN | 5.2000 | 104.68 |
| | | 83003 2303 0017466 | 20.76 | TN | 5.2000 | 107.95 |
| Subtotal PO #: CLUBLANDS | | | 100.14 | * | | 569.08 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 18.96 | 146.94 |
| 316 | 81.18 | 422.14 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 569.08 |
| Tax: | State | 36.98 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 36.98 |
| TOTAL DUE: | | 606.06 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Invoice No: 845397
Due Date: 09/22/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3932909 SE MAT ESTATES OF INVERNESS | | | Your PO: ESTATES OF INVERNESS | | | |
| 08/16/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0017421 | 21.24 | TN | 14.3900 | 305.64 |
| Subtotal PO #: ESTATES OF INVERNESS | | | 21.24 | * | | 305.64 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 21.24 | 305.64 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 305.64 |
| Tax: | State | 10.70 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 10.70 |
| TOTAL DUE: | | 316.34 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson:
Tax Exempt ID:

Invoice Date: 08/23/07
Invoice No: 845398
Due Date: 09/22/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3934209 | SE MAT CAMBRIDGE KNOLL L.VILLE Your PO: CAMBRIDGE KNOLL | | | | |
| 08/13/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0017112 | 23.94 | TN | 12.7900 | 306.19 |
| 08/13/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0017083 | 20.94 | TN | 10.4900 | 219.66 |
| 08/15/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0017192 | 15.29 | TN | 15.7800 | 241.28 |
| Subtotal PO #: CAMBRIDGE KNOLL | | | 60.17 | * | | 767.13 * |




PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 23.94 | 306.19 |
| 316 | 36.23 | 460.94 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 767.13 |
| Tax: | State | 23.92 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 23.92 |
| TOTAL DUE: | | 791.05 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Customer No: 785482
Invoice No: 845399
Salesperson:
Due Date: 09/22/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: 3944709 SE MAT MEADOWS OF WEST BAY PH 1 Your PO: MEADOWS WEST BAY | | | | | | | |
| 08/17/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0017469 | 23.37 | TN | 12.2900 | 287.22 | |
| Subtotal PO #: MEADOWS WEST BAY | | | 23.37 | * | | 287.22 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 23.37 | 287.22 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 287.22 |
| Tax: | State | 11.77 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 11.77 |
| TOTAL DUE: | | 298.99 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Customer No: 785482
Invoice No: 845400
Salesperson:
Due Date: 09/22/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3973709 SE FOB YORKSHIRE WOODS HOFFMAN ES Your PO: | | | | | | |
| 08/13/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0017118 | 20.57 | TN | 6.2500 | 128.56 |
| Subtotal PO #: | | | 20.57 | * | | 128.56 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 20.57 | 128.56 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 128.56 |
| Tax: | State | 8.36 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 8.36 |
| TOTAL DUE: | | 136.92 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Customer No: 785482 Invoice No: 845401
Salesperson: Due Date: 09/22/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3973909 SE | FOB HICKORY CREEK RACINE | Your PO: | | | | |
| 08/16/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0017335 | 19.08 | TN | 8.2000 | 156.46 | |
| Subtotal PO #: | | | 19.08 | * | | 156.46 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 19.08 | 156.46 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 156.46 |
| Tax: | State | 10.17 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 10.17 |
| TOTAL DUE: | | 166.63 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Invoice No: 846050
Due Date: 09/22/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3927209 SE FOB MAT CLUBLANDS | | | Your PO: CLUBLANDS | | | |
| 08/03/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0016079R | 22.66- | TN | 7.5000 | 169.95- |
| Subtotal PO #: CLUBLANDS | | | 22.66- * | | | 169.95- * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 22.66- | 169.95- |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 169.95- |
| Tax: | State | 11.05- |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 11.05- |
| TOTAL DUE: | | 181.00- *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/23/07
Customer No: 785482 Invoice No: 846052
Salesperson: Due Date: 09/22/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3932309 SE MAT TO CLUBLANDS SUB. | | | Your PO: CLUBLANDS | | | |
| 08/03/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0016079F | 22.66 | TN | 10.8500 | 245.86 |
| Subtotal PO #: CLUBLANDS | | | 22.66 | * | | 245.86 * |

PRODUCT TOTALS | AMOUNT TOTALS

| Product | Quantity | Amount | | | |
|---|---|---|---|---|---|
| 276 | 22.66 | 245.86 | Total Products | | 245.86 |
| | | | Tax: | State | 11.05 |
| | | | | County | .00 |
| | | | | Local | .00 |
| | | | Total Tax | | 11.05 |
| | | | TOTAL DUE: | | 256.91 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/30/07
Invoice No: 847536
Due Date: 09/29/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3924809 SE FOB NEWMAN HOMES ANTIOCH | | | Your PO: NEWMAN | | | |
| 08/24/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0017997 | 19.66 | TN | 7.7500 | 152.37 |
| Subtotal PO #: NEWMAN | | | 19.66 | * | | 152.37 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 19.66 | 152.37 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 152.37 |
| Tax: | State | 9.90 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 9.90 |
| TOTAL DUE: | | 162.27 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson:
Tax Exempt ID:

Invoice Date: 08/30/07
Invoice No: 847537
Due Date: 09/29/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3927209 SE FOB MAT CLUBLANDS | | Your PO: CLUBLANDS | | | |
| 08/21/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0017677 | 18.14 | TN | 7.7500 | 140.59 |
| 08/21/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0017649 | 21.10 | TN | 7.5000 | 158.25 |
| | | 83003 2303 0017653 | 20.08 | TN | 7.5000 | 150.60 |
| | | 83003 2303 0017658 | 20.40 | TN | 7.5000 | 153.00 |
| | | 83003 2303 0017672 | 21.41 | TN | 7.5000 | 160.58 |
| | | 83003 2303 0017683 | 21.62 | TN | 7.5000 | 162.15 |
| | | 83003 2303 0017697 | 21.11 | TN | 7.5000 | 158.33 |
| | | 83003 2303 0017704 | 20.25 | TN | 7.5000 | 151.88 |
| | | 83003 2303 0017713 | 21.25 | TN | 7.5000 | 159.38 |
| | | 83003 2303 0017720 | 19.96 | TN | 7.5000 | 149.70 |
| | | 83003 2303 0017727 | 21.18 | TN | 7.5000 | 158.85 |
| 08/21/07 | 281 | #8 Stone | | | | |
| | | 83003 2303 0017687 | 20.36 | TN | 7.5000 | 152.70 |
| 08/21/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0017665 | 20.79 | TN | 5.2000 | 108.11 |
| 08/22/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0017735 | 20.96 | TN | 7.5000 | 157.20 |
| | | 83003 2303 0017742 | 21.64 | TN | 7.5000 | 162.30 |
| | | 83003 2303 0017752 | 21.86 | TN | 7.5000 | 163.95 |
| | | 83003 2303 0017758 | 20.76 | TN | 7.5000 | 155.70 |
| | | 83003 2303 0017762 | 21.49 | TN | 7.5000 | 161.18 |
| | | 83003 2303 0017769 | 20.03 | TN | 7.5000 | 150.23 |
| | | 83003 2303 0017779 | 20.45 | TN | 7.5000 | 153.38 |
| | | 83003 2303 0017789 | 20.01 | TN | 7.5000 | 150.08 |
| | | 83003 2303 0017795 | 21.10 | TN | 7.5000 | 158.25 |
| | | 83003 2303 0017800 | 20.53 | TN | 7.5000 | 153.98 |
| | | 83003 2303 0017808 | 21.45 | TN | 7.5000 | 160.88 |
| | | 83003 2303 0017813 | 20.47 | TN | 7.5000 | 153.53 |
| | | 83003 2303 0017820 | 20.46 | TN | 7.5000 | 153.45 |
| | | 83003 2303 0017823 | 20.85 | TN | 7.5000 | 156.38 |
| 08/24/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018004 | 18.89 | TN | 7.7500 | 146.40 |
| Subtotal PO #: CLUBLANDS | | | 578.60 | * | | 4,301.01 * |

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/30/07
Invoice No: 847537
Due Date: 09/29/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 37.03 | 286.99 |
| 276 | 500.42 | 3,753.21 |
| 281 | 20.36 | 152.70 |
| 316 | 20.79 | 108.11 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 4,301.01 |
| Tax: | State | 279.60 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 279.60 |
| TOTAL DUE: | | 4,580.61 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/30/07
Invoice No: 847538
Due Date: 09/29/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3932909 SE MAT ESTATES OF INVERNESS | | | Your PO: ESTATES OF INVERNESS | | | |
| 08/25/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0018019 | 22.66 | TN | 11.8400 | 268.29 |
| | | 83003 2303 0018009 | 23.90 | TN | 11.8400 | 282.98 |
| | | 83003 2303 0018015 | 23.36 | TN | 11.8400 | 276.58 |
| | | 83003 2303 0018010 | 21.15 | TN | 11.8400 | 250.42 |
| | | 83003 2303 0018017 | 21.79 | TN | 11.8400 | 257.99 |
| | | 83003 2303 0018016 | 22.20 | TN | 11.8400 | 262.85 |
| Subtotal PO #: ESTATES OF INVERNESS | | | 135.06 | * | | 1,599.11 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 135.06 | 1,599.11 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,599.11 |
| Tax: | State | 45.66 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 45.66 |
| TOTAL DUE: | | 1,644.77 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/30/07
Invoice No: 847539
Due Date: 09/29/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: 3948209 SE MAT TIMBER GLENN GLENVIEW | | Your PO: TIMBER GLEN | | | | | |
| 08/21/07 | 316 | Pea Gravel--020CM16 | | | | | |
| | | 83003 2303 0017717 | 22.58 | TN | 14.5000 | 327.41 | |
| Subtotal PO #: TIMBER GLEN | | | 22.58 | * | | 327.41 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 22.58 | 327.41 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 327.41 |
| Tax: | State | 9.17 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 9.17 |
| TOTAL DUE: | | 336.58 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 08/30/07
Invoice No: 847540
Due Date: 09/29/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3966409 | SE FOB LAKEMOOR FARMS | Your PO: | | | | |
| 08/24/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0017965 | 20.58 | TN | 8.2000 | 168.76 | |
| | | 83003 2303 0017975 | 20.61 | TN | 8.2000 | 169.00 | |
| Subtotal PO #: | | | 41.19 | * | | 337.76 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 41.19 | 337.76 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 337.76 |
| Tax: | State | 21.96 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 21.96 |
| TOTAL DUE: | | 359.72 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/06/07
Invoice No: 848686
Due Date: 10/06/07

Customer No: 785482
Salesperson: DXD
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3922309 SE FOB ESTATES OF INVERNESS | | | Your PO: INVERNESS | | | |
| 08/31/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018614 | 19.08 | TN | 7.7500 | 147.87 |
| | | 83003 2303 0018642 | 19.52 | TN | 7.7500 | 151.28 |
| | | 83003 2303 0018651 | 20.34 | TN | 7.7500 | 157.64 |
| Subtotal PO #: INVERNESS | | | 58.94 | * | | 456.79 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 58.94 | 456.79 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 456.79 |
| Tax: | State | 29.69 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 29.69 |
| TOTAL DUE: | | 486.48 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/06/07
Invoice No: 848687
Due Date: 10/06/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3924809 SE FOB NEWMAN HOMES ANTIOCH | | | Your PO: NEWMAN | | | |
| 08/29/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018334 | 21.08 | TN | 7.7500 | 163.37 |
| Subtotal PO #: NEWMAN | | | 21.08 | * | | 163.37 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 21.08 | 163.37 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 163.37 |
| Tax: | State | 10.62 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 10.62 |
| TOTAL DUE: | | 173.99 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/06/07
Invoice No: 848688
Due Date: 10/06/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3927209 | SE FOB MAT CLUBLANDS | Your PO: CLUBLANDS | | | |
| 08/27/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018061 | 18.63 | TN | 7.7500 | 144.38 |
| | | 83003 2303 0018082 | 19.71 | TN | 7.7500 | 152.75 |
| | | 83003 2303 0018100 | 19.00 | TN | 7.7500 | 147.25 |
| | | 83003 2303 0018157 | 20.16 | TN | 7.7500 | 156.24 |
| Subtotal PO #: CLUBLANDS | | | 77.50 | * | | 600.62 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 77.50 | 600.62 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 600.62 |
| Tax: | State | 39.04 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 39.04 |
| TOTAL DUE: | | 639.66 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/06/07
Invoice No: 848690
Due Date: 10/06/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3930409 SE FOB CAMBRIDGE KNOLL LIBERTYVIL Your PO: CAMBRIDGE KNOLL | | | | | | |
| 08/29/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018388 | 18.76 | TN | 7.7500 | 145.39 |
| | | 83003 2303 0018401 | 18.73 | TN | 7.7500 | 145.16 |
| Subtotal PO #: CAMBRIDGE KNOLL | | | 37.49 | * | | 290.55 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 37.49 | 290.55 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 290.55 |
| Tax: | State | 18.89 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 18.89 |
| TOTAL DUE: | | 309.44 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/06/07
Invoice No: 848691
Due Date: 10/06/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: 3932909 SE MAT ESTATES OF INVERNESS | | | Your PO: ESTATES OF INVERNESS | | | | |
| 08/31/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0018563 | 25.10 | TN | 14.3900 | 361.19 | |
| | | 83003 2303 0018600 | 24.98 | TN | 14.3900 | 359.46 | |
| Subtotal PO #: ESTATES OF INVERNESS | | | 50.08 | * | | 720.65 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 50.08 | 720.65 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 720.65 |
| Tax: | State | 25.22 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 25.22 |
| TOTAL DUE: | | 745.87 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/06/07
Invoice No: 848692
Due Date: 10/06/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3939309 | SE FOB NEWMAN WONDER LAKE | Your PO: | | | |
| 08/27/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018118 | 19.33 | TN | 7.7500 | 149.81 |
| Subtotal PO #: | | | 19.33 | * | | 149.81 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 19.33 | 149.81 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 149.81 |
| Tax: | State | 9.74 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 9.74 |
| TOTAL DUE: | | 159.55 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

Invoice Date: 09/06/07
Invoice No: 848694
Due Date: 10/06/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3948209 SE MAT TIMBER GLENN GLENVIEW Your PO: TIMBER GLEN | | | | | | |
| 08/27/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0018091 | 23.81 | TN | 14.5000 | 345.25 |
| Subtotal PO #: TIMBER GLEN | | | 23.81 | * | | 345.25 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 316 | 23.81 | 345.25 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 345.25 |
| Tax: | State | 9.67 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 9.67 |
| TOTAL DUE: | | 354.92 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/06/07
Customer No: 785482
Invoice No: 848695
Salesperson:
Due Date: 10/06/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3975709 SE MAT SUNRISE HOUSE RT 14 BARRIN Your PO: | | | | | | |
| 08/31/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018566 | 23.89 | TN | 14.8600 | 355.01 |
| Subtotal PO #: | | | 23.89 | * | | 355.01 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 23.89 | 355.01 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 355.01 |
| Tax: | State | 12.73 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 12.73 |
| TOTAL DUE: | | 367.74 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Customer No: 785482
Salesperson:
Tax Exempt ID:

Invoice Date: 09/13/07
Invoice No: 850153
Due Date: 10/13/07

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3924809 | SE FOB NEWMAN HOMES ANTIOCH Your PO: NEWMAN | | | | |
| 09/05/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018950 | 20.06 | TN | 7.7500 | 155.47 |
| 09/07/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0019106 | 20.15 | TN | 7.7500 | 156.16 |
| | | 83003 2303 0019112 | 19.67 | TN | 7.7500 | 152.44 |
| Subtotal PO #: NEWMAN | | | 59.88 | * | | 464.07 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 59.88 | 464.07 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 464.07 |
| Tax: | State | 30.17 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 30.17 |
| TOTAL DUE: | | 494.24 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/13/07
Customer No: 785482
Invoice No: 850154
Salesperson:
Due Date: 10/13/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3932309 SE MAT TO CLUBLANDS SUB. | | Your PO: CLUBLANDS | | | | |
| 09/07/07 | 276 | #6 Stone-020CM11/FT | | | | | |
| | | 83003 2303 0019149 | 22.57 | TN | 10.8500 | 244.88 | |
| | | 83003 2303 0019151 | 23.57 | TN | 10.8500 | 255.73 | |
| | | 83003 2303 0019148 | 21.03 | TN | 10.8500 | 228.18 | |
| 09/08/07 | 276 | #6 Stone-020CM11/FT | | | | | |
| | | 83003 2303 0019160 | 24.06 | TN | 10.8500 | 261.05 | |
| | | 83003 2303 0019163 | 24.29 | TN | 10.8500 | 263.55 | |
| | | 83003 2303 0019166 | 23.97 | TN | 10.8500 | 260.07 | |
| Subtotal PO #: CLUBLANDS | | | 139.49 | * | | 1,513.46 | * |

Balance Due $761.53

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 139.49 | 1,513.46 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,513.46 |
| Tax: | State | 68.00 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 68.00 |
| TOTAL DUE: | | 1,581.46 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/13/07
Invoice No: 850155
Due Date: 10/13/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3932909 SE MAT ESTATES OF INVERNESS | | | Your PO: ESTATES OF INVERNESS | | | |
| 09/05/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0018928 | 23.36 | TN | 14.1400 | 330.31 |
| 09/05/07 | 316 | Pea Gravel--020CM16 | | | | |
| | | 83003 2303 0018860 | 23.75 | TN | 11.8400 | 281.20 |
| | | 83003 2303 0018894 | 23.63 | TN | 11.8400 | 279.78 |
| | | 83003 2303 0018862 | 22.32 | TN | 11.8400 | 264.27 |
| | | 83003 2303 0018896 | 22.68 | TN | 11.8400 | 268.53 |
| Subtotal PO #: ESTATES OF INVERNESS | | | 115.74 | * | | 1,424.09 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 23.36 | 330.31 |
| 316 | 92.38 | 1,093.78 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,424.09 |
| Tax: | State | 42.62 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 42.62 |
| TOTAL DUE: | | 1,466.71 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/13/07
Invoice No: 850157
Due Date: 10/13/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3934209 SE MAT CAMBRIDGE KNOLL L.VILLE | | Your PO: CAMBRIDGE KNOLL | | | | |
| 09/05/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0018861 | 21.54 | TN | 13.0400 | 280.88 |
| Subtotal PO #: CAMBRIDGE KNOLL | | | 21.54 | * | | 280.88 * |

PRODUCT TOTALS | AMOUNT TOTALS

| Product | Quantity | Amount | | | |
|---|---|---|---|---|---|
| | | | Total Products | | 280.88 |
| 132 | 21.54 | 280.88 | Tax: | State | 10.85 |
| | | | | County | .00 |
| | | | | Local | .00 |
| | | | Total Tax | | 10.85 |
| | | | TOTAL DUE: | | 291.73 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/20/07
Invoice No: 852480
Due Date: 10/20/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3922809 | SE FOB CHURCHILL HUNT | Your PO: CHURCHILL HUNT | | | |
| 09/12/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0019481 | 20.05 | TN | 7.7500 | 155.39 |
| | | 83003 2303 0019507 | 19.56 | TN | 7.7500 | 151.59 |
| | | 83003 2303 0019538 | 19.65 | TN | 7.7500 | 152.29 |
| 09/13/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0019760 | 20.60 | TN | 7.7500 | 159.65 |
| Subtotal PO #: CHURCHILL HUNT | | | 79.86 | * | | 618.92 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 79.86 | 618.92 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 618.92 |
| Tax: | State | 40.23 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 40.23 |
| TOTAL DUE: | | 659.15 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/20/07
Invoice No: 852481
Due Date: 10/20/07

Customer No: 785482
Salesperson: KSN
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3924609 | SE MAT HOLLIDAY PARK | Your PO: HOLIDAY PARK | | | | |
| 09/14/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0019791 | 21.85 | TN | 11.6600 | 254.77 | |
| | | 83003 2303 0019806 | 21.65 | TN | 11.6600 | 252.44 | |
| | | 83003 2303 0019822 | 20.91 | TN | 11.6600 | 243.81 | |
| Subtotal PO #: HOLIDAY PARK | | | 64.41 | * | | 751.02 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 64.41 | 751.02 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 751.02 |
| Tax: | State | 32.45 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 32.45 |
| TOTAL DUE: | | 783.47 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/20/07
Invoice No: 852482
Due Date: 10/20/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3927209 | SE FOB MAT CLUBLANDS | Your PO: CLUBLANDS | | | |
| 09/10/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0019199 | 20.52 | TN | 7.7500 | 159.03 |
| Subtotal PO #: CLUBLANDS | | | 20.52 | * | | 159.03 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 20.52 | 159.03 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 159.03 |
| Tax: | State | 10.34 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 10.34 |
| TOTAL DUE: | | 169.37 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/20/07
Customer No: 785482
Invoice No: 852484
Salesperson:
Due Date: 10/20/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: | 3935709 | SE PALATINE COMMONS | Your PO: | | | | |
| 09/10/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0019241 | 19.31 | TN | 7.7500 | 149.65 | |
| 09/11/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0019377 | 20.62 | TN | 7.7500 | 159.81 | |
| | | 83003 2303 0019402 | 19.19 | TN | 7.7500 | 148.72 | |
| Subtotal PO #: | | | 59.12 | * | | 458.18 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 59.12 | 458.18 |

AMOUNT TOTALS

| | | | |
|---|---|---|---|
| Total Products | | 458.18 | |
| Tax: | State | 29.79 | |
| | County | .00 | |
| | Local | .00 | |
| Total Tax | | 29.79 | |
| TOTAL DUE: | | 487.97 | *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/20/07
Customer No: 785482
Invoice No: 852485
Salesperson:
Due Date: 10/20/07
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3944709 SE MAT MEADOWS OF WEST BAY PH 1 Your PO: MEADOWS WEST BAY | | | | | | |
| 09/13/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0019714 | 20.00 | TN | 12.2900 | 245.80 |
| Subtotal PO #: MEADOWS WEST BAY | | | 20.00 | * | | 245.80 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 20.00 | 245.80 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 245.80 |
| Tax: | State | 10.08 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 10.08 |
| TOTAL DUE: | | 255.88 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/20/07
Invoice No: 852486
Due Date: 10/20/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: 3975709 SE MAT SUNRISE HOUSE RT 14 BARRIN Your PO: | | | | | | | |
| 09/12/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0019471 | 22.14 | TN | 14.8600 | 329.00 | |
| 09/14/07 | 132 | Grade #9--051CA06 | | | | | |
| | | 83003 2303 0019772 | 21.87 | TN | 14.8600 | 324.99 | |
| Subtotal PO #: | | | 44.01 | * | | 653.99 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 44.01 | 653.99 |

AMOUNT TOTALS

| | | | |
|---|---|---|---|
| Total Products | | 653.99 | |
| Tax: | State | 23.46 | |
| | County | .00 | |
| | Local | .00 | |
| Total Tax | | 23.46 | |
| TOTAL DUE: | | 677.45 | *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/27/07
Invoice No: 854248
Due Date: 10/27/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount | |
|---|---|---|---|---|---|---|---|
| Our Order #: 3928309 SE MAT NEWHAVEN / NEWMAN HOMES | | | Your PO: NEWHAVEN | | | | |
| 09/17/07 | 276 | #6 Stone-020CM11/FT | | | | | |
| | | 83003 2303 0019991 | 21.95 | TN | 10.8500 | 238.16 | |
| | | 83003 2303 0020009 | 22.87 | TN | 10.8500 | 248.14 | |
| Subtotal PO #: NEWHAVEN | | | 44.82 | * | | 486.30 | * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 44.82 | 486.30 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 486.30 |
| Tax: | State | 21.85 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 21.85 |
| TOTAL DUE: | | 508.15 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/27/07
Invoice No: 854249
Due Date: 10/27/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: 3932309 SE MAT TO CLUBLANDS SUB. | | | Your PO: CLUBLANDS | | | |
| 09/17/07 | 276 | #6 Stone-020CM11/FT | | | | |
| | | 83003 2303 0019961 | 20.50 | TN | 10.8500 | 222.43 |
| | | 83003 2303 0019967 | 20.27 | TN | 10.8500 | 219.93 |
| | | 83003 2303 0019974 | 20.85 | TN | 10.8500 | 226.22 |
| | | 83003 2303 0019990 | 20.73 | TN | 10.8500 | 224.92 |
| | | 83003 2303 0019962 | 21.21 | TN | 10.8500 | 230.13 |
| | | 83003 2303 0019968 | 21.72 | TN | 10.8500 | 235.66 |
| | | 83003 2303 0019975 | 21.55 | TN | 10.8500 | 233.82 |
| Subtotal PO #: CLUBLANDS | | | 146.83 | * | | 1,593.11 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 276 | 146.83 | 1,593.11 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 1,593.11 |
| Tax: | State | 71.58 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 71.58 |
| TOTAL DUE: | | 1,664.69 *** |

Reprint Invoice

MIDWEST AGGREGATES
PO BOX 781
WAUKESHA WI 53187-0781

83003 MIDWEST AGGREGATES AGG SITE, Phone # (847) 395-2595

Sold To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Ship To: J & L CONCRETE INC
1000 COMMERCE DRIVE
LAKE ZURICH IL 60047

Invoice Date: 09/27/07
Invoice No: 854250
Due Date: 10/27/07

Customer No: 785482
Salesperson:
Tax Exempt ID:

| Ticket Date | Product No. | Product Description/ Ticket Number | Quantity | UM | Price | Amount |
|---|---|---|---|---|---|---|
| Our Order #: | 3935709 | SE PALATINE COMMONS | Your PO: | | | |
| 09/18/07 | 132 | Grade #9--051CA06 | | | | |
| | | 83003 2303 0020114 | 19.00 | TN | 7.7500 | 147.25 |
| Subtotal PO #: | | | 19.00 | * | | 147.25 * |

PRODUCT TOTALS

| Product | Quantity | Amount |
|---|---|---|
| 132 | 19.00 | 147.25 |

AMOUNT TOTALS

| | | |
|---|---|---|
| Total Products | | 147.25 |
| Tax: | State | 9.57 |
| | County | .00 |
| | Local | .00 |
| Total Tax | | 9.57 |
| TOTAL DUE: | | 156.82 *** |