# Exhibit C



Citicorp Center
500 West Madison Street
Suite 3700
Chicago, Illinois 60661
Tel 312.715.5000
Fax 312.715.5155
www.quarles.com

*Attorneys at Law in:*
Phoenix and Tucson, Arizona
Naples and Boca Raton, Florida
Chicago, Illinois
Milwaukee and Madison, Wisconsin

Writer's Direct Dial: 312-715-5076
E-Mail: charper@quarles.com

January 3, 2008

**VIA FACSIMILE (847)244-1332**
**AND U.S. MAIL**

Mr. Chris Vene
J & L Concrete Inc.
United Concrete Waukegan Inc.
1000 Commerce Drive
Lake Zurich, Illinois  60047

Re:  *Midwest Aggregates v. J & L Concrete Inc.* and
     *Midwest Aggregates v. United Concrete Waukegan Inc.*

Dear Mr. Vene:

Further to our letter to you dated November 13, 2007, we have been retained as counsel for Midwest Aggregates to sue both J & L Concrete Inc. ("J&L") and United Concrete Waukegan Inc. ("United"), relating to the outstanding balances owed by J&L and by United to Midwest, as follows:

1. J&L owes Midwest Aggregates $50,757.00, which is reflected on the summary of invoices dated January 2, 2008 attached hereto, and

2. United owes Midwest Aggregates $183,410.55, which is also reflected on the attached summary of invoices dated January 2, 2008.

The grand total owed by both entities is $234,167.55. We have been instructed to file suit if full payment is not received on or before January 18, 2008. Midwest intends to sue for the total amount as well as all interest permitted under Illinois law including, where applicable, interest at 10% per annum pursuant to the Illinois Contractors Prompt Payment Act.

Mr. Chris Vene
January 3, 2008
Page 2

    We look forward to your prompt payment of the outstanding amounts so that litigation will not be necessary.

                                Very truly yours,

                                QUARLES & BRADY LLP

                                By: _____
                                    Charles E. Harper, Jr.

CEH:rl
enclosure