TG **FILED**

**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |

Midwest Aggregates, a division of Payne & Dolan, Inc.
    v.
J & L Concrete, Inc. and United Concrete Waukegan, Inc.

**JUDGE NORDBERG**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Midwest Aggregates, a division of Payne & Dolan, Inc.

# 08 C 511

| |
|---|
| NAME (Type or print) |
| Charles E. Harper, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Charles E. Harper, Jr. |
| FIRM |
| Quarles & Brady LLP |
| STREET ADDRESS |
| 500 West Madison Street, Suite 3700 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60661-2511 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06269908 | (312)715-5076, (312) 715-5155 (fax) |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐