## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MIDWEST AGGREGATES, a division of PAYNE & DOLAN, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| J & L CONCRETE, INC. and UNITED CONCRETE WAUKEGAN, INC., | ) ) ) |
| Defendants. | ) ) |

Case No. 08 C 511

Judge Nordberg

Magistrate Judge Denlow

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Midwest Aggregates, a division of Payne & Dolan, Inc. ("Midwest"), submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois.

Midwest states that Payne & Dolan, Inc. has no parent corporations. Midwest further states that no publicly held company owns 10% or more of Payne & Dolan, Inc. stock and Payne & Dolan, Inc. has no publicly held affiliates as that term is defined by Local Rule 3.2.

    Respectfully submitted,

    MIDWEST AGGREGATES, a division of
    PAYNE & DOLAN, INC.

    By:  /s/ Charles E. Harper, Jr.
         One of Its Attorneys

Charles E. Harper, Jr. (ARDC #6269908)
charper@quarles.com
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661-2511
(312) 715-5000
(312) 715-5155 (fax)