## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 511 |

Midwest Aggregates, a division of Payne & Dolan, Inc.
    v.
J & L Concrete, Inc. and United Concrete Waukegan, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Midwest Aggregates, a division of Payne & Dolan, Inc.

| |
|---|
| NAME (Type or print)<br>Vilan Odekar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Vilan Odekar |
| FIRM<br>Quarles & Brady LLP |
| STREET ADDRESS<br>500 West Madison Street, Suite 3700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60661-2511 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06293496 | TELEPHONE NUMBER<br>(312) 715-5195, (312) 715-5155 (fax) |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐