IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST AGGREGATES, a division of PAYNE & DOLAN, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-C-00511 |
| v. | ) ) ) | Hon. John A. Nordberg |
| J & L CONCRETE, INC. and UNITED CONCRETE WAUKEGAN, INC., | ) ) ) | U.S. District Court Judge Hon. Morton Denlow |
| Defendants. | ) | U.S. District Court Magistrate Judge |

## NOTICE OF FILING

To:  Charles E. Harper, Jr.
     Vilan Odekar
     Quarles & Brady LLP
     500 West Madison Street
     Suite 3700
     Chicago, Illinois 60661

**PLEASE TAKE NOTICE** that on **Thursday, April 10, 2008**, we caused to be filed electronically with the U.S. District Court, Northern District of Illinois, Eastern Division, the Defendants' **Answer to Complaint,** a copy of which is attached and hereby served upon you.

Dated:  April 10, 2008
        Chicago, Illinois

Respectfully submitted,

J & L CONCRETE, INC. and UNITED
CONCRETE WAUKEGAN, INC.,
Defendants

By:  */s/ Jeffrey B. Rose*
     Jeffrey B. Rose, One of Their Attorneys

Bruce L. Wald (ARDC 02919095)
Jeffrey B. Rose (ARDC 06186133)
Martin J. Wasserman (ARDC 06294040)
TISHLER & WALD, LTD
200 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Phone: (312) 876-3800
Fax: (312) 876-3816

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he served the foregoing **Notice of Filing** and **Answer to Complaint** upon the aforementioned counsel of record, by depositing true and correct copies of same into the U.S. Mail at 200 South Wacker Drive, Chicago, Illinois 60606 in a properly addressed, first class postage prepaid envelope, and via electronic mail, this 10th day of April, 2008.

Notice of this filing will also be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Jeffrey B. Rose*