# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Midwest Aggregates<br><br>v.<br><br>J & L Concrete, Inc. and United Concrete Waukegan, Inc. | Case Number:<br><br>08-cv-00511 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J & L Concrete, Inc. and United Concrete Waukegan, Inc.

FILED APR 10 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

| |
|---|
| NAME (Type or print)<br>Martin J. Wasserman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ |
| FIRM<br>Tishler & Wald, Ltd. |
| STREET ADDRESS<br>200 South Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06294040 | TELEPHONE NUMBER<br>(312) 876-3800 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐