**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MIDWEST AGGREGATES, a division of PAYNE & DOLAN, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:08-cv-511 |
| v. | ) ) | Judge John A. Nordberg |
| J & L CONCRETE, INC. and UNITED CONCRETE WAUKEGAN, INC., | ) ) ) | Magistrate Judge Morton Denlow |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on April 24, 2008, a copy of the foregoing **Affidavit of David Dietz** was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system at the email addresses indicated below. Parties may access this filing through the Court's system.

>Jeffrey B. Rose
>Bruce L. Wald
>Martin J. Wasserman
>TISHLER & WALD, LTD.
>200 South Wacker Drive
>Suite 3000
>Chicago, IL 60606
>(312) 876-3800
>jrose@tishlerandwald.com
>bwald@tishlerandwald.com
>mwasserman@tishlerandwald.com


        /s/ Vilan Odekar
*One of the attorneys for Midwest Aggregates,
a division of Payne & Dolan, Inc.*