# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John A. Nordberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 511 | **DATE** | 4/24/2008 |
| **CASE TITLE** | MIDWEST AGGREGATES vs. J& L CONCRETE | | |

**DOCKET ENTRY TEXT**

Status hearing held. Status hearing continued to 6/5/2008 at 2:30pm. United Concrete to respond to plaintiff's motion for summary judgment by 5/15/2008; reply due 5/22/2008. Pursuant to the agreement of the parties this case is dismissed without prejudice as to J & L Concrete.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | TP |
|---|---|---|