IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST AGGREGATES, a division of PAYNE & DOLAN, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-C-00511 |
| v. | ) ) ) | Hon. John A. Nordberg |
| J & L CONCRETE, INC. and UNITED CONCRETE WAUKEGAN, INC., | ) ) ) | U.S. District Court Judge |
| | ) | Hon. Morton Denlow |
| Defendants. | ) | U.S. District Court Magistrate Judge |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

    **PLEASE TAKE NOTICE** that on **Thursday, June 5, 2008**, at the hour of **2:30 p.m.** (or as soon thereafter as counsel can be heard), the undersigned shall appear before the **Honorable John A. Nordberg**, **Court Room 1801, 219 South Dearborn Street, Chicago, Illinois**, and then and there present the **Motion for Extension of Time to Respond to Motion for Summary Judgment, along with the Affidavit of Jeffrey B. Rose,** copies of which are attached hereto and herewith served upon you.

Dated: June 3, 2008　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　UNITED CONCRETE WAUKEGAN, INC.,
　　　　　　　　　　　　　　　　　　　　　　　Defendant and Movant


　　　　　　　　　　　　　　　　　　　　By:　_____//Jeffrey B. Rose//_____
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys


Jeffrey B. Rose (#06186133)
Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 876-3800 (Telephone)
(312) 876-3816 (Facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that he served the foregoing **Notice of Motion and Motion for Extension of Time to Respond to Motion for Summary Judgment, along with the Affidavit of Jeffrey B. Rose** upon:

>Charles E. Harper, Jr.
>Vilan Odekar
>Quarles and Brady LLP
>500 West Madison Street
>Suite 3700
>Chicago, IL 60661
>
>Phone: (312) 715-5000
>Fax:     (312) 715-5155
>
>e-mail:  charper@quarles.com
>            vodekar@quarles.com

by delivering true and correct copies of same via the Court's electronic filing system and via electronic mail and facsimile, at or before the hour of 5:00 p.m. on this 3rd day of June, 2008.

_____//Jeffrey B. Rose//_____

Jeffrey B. Rose (#06186133)
Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 876-3800 (Telephone)
(312) 876-3816 (Facsimile)