UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Midwest Aggregates
                Plaintiff,

v.                                               Case No.: 1:08−cv−00511
                                              Honorable John A. Nordberg

United Concrete Waukegan Inc, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable John A. Nordberg:Motion for extension of time to file response regarding MOTION by Plaintiff Midwest Aggregates for summary judgment[17], [23] is granted.( Response due by 6/19/2008; Reply due by 6/23/2008.) Motion hearing held on 6/5/2008.[23] Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.