**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Midwest Aggregates

                                        Plaintiff,

v.                                                              Case No.: 1:08−cv−00511
                                                               Honorable John A. Nordberg

United Concrete Waukegan Inc, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable John A. Nordberg:Counsel has advised this court that no additional brief will be filed in response to MOTION by Plaintiff Midwest Aggregates for summary judgment [17]. The motion is fully brief. The court will rule by mail.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.