## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that on September 10, 2008, a copy of the foregoing **Midwest Aggregates' Motion For Ruling On Its Motion For Summary Judgment** was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system at the email addresses indicated below. Parties may access this filing through the Court's system.

      Bruce L. Wald
      TISHLER & WALD, LTD.
      200 South Wacker Drive
      Suite 3000
      Chicago, IL 60606
      (312) 876-3800
      bwald@tishlerandwald.com


        /s/ Lauren Nachinson
      *One of the attorneys for Midwes tAggregates,*
      *a division of Payne & Dolan, Inc.*


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

QBACTIVE\730254.00014\6538959.1